(c) In any manner recognizing the said Textile Employees Benefit Association of Seymour, Indiana (for the employees of the Seymour Woolen Mills), as the bargaining agency of its employees, or from engaging in any contractual relationship with said Textile Employees Benefit Association of Seymour, Indiana (for the employees of the Seymour Woolen Mills);

(d) Discouraging membership in the Federal Labor Union No. 21367 affiliated with A. F. of L. or the Textile Workers Organizing Committee, affiliated with the C. I. O. or in any other labor organization of its employees; by discharging, threatening or refusing to reinstate any of its employees for joining the Federal Labor Union No. 21367, affiliated with A. F. of L. or the Textile Workers Organizing Committee, affiliated with the C. I. O. or any other labor organization of its employees;

(e) In any manner discriminating against any of its employees in regard to hire or tenure of employment or any terms or conditions of employment for joining the Federal Labor Union No. 21367, affiliated with A. F. of L. or the Textile Workers Organizing Committee, affiliated with the C. I. O. or any other labor organization of its employees.

2. Respondent, the Seymour Woolen Mills, shall take the following affirmative action to effectuate the policies of the National Labor Relations Act:

(a) Refuse recognition to and disestablish as an agency of collective bargaining the said Textile Employees Benefit Association of Seymour, Indiana (for the employees of the Seymour Woolen Mills); inform in writing the officers of said Textile Employees Benefit Association, of Seymour, Indiana (for the employees of the Seymour Woolen Mills), that it will not, in any manner, deal with or recognize such organization and will refrain from any contractual relationship with said organization;

(b) Pay the stated sum of $172.14 to William H. Williams; and, $362 to Jesse Crecelius; which stated sums approximated the loss of pay suffered by the said individuals and each of them, by reason of their discharge;

(c) Make whole Sarah Jane Steward $397.06; Dorothy Ault, $311.13; Martha Robbins, $387.36; Katherine Kysar, $257.- 60; Christine Buckley, $308.87; Rose Hanner, $230.21; Mattie Dean, $143.50; Harry Stradley, $124.82; Nannie Mellenkamp,[1] $31.50; Eunice Hunt, $44.97; Farrell McAdams, $28.03; which stated amounts approximate the loss of pay suffered by said individuals and each of them by reason of their lay-off and the same being in each instance a sum of money equal to that which they would normally have earned from the date of their lay-off to the date of their reinstatement, computed at their regular rate of pay;

(d) Offer to William H. Williams, and Jesse Crecelius full and immediate reinstatement to their former positions without prejudice to the rights and privileges enjoyed by them;

(e) Offer employment to Sarah Jane Steward, Rose Hanner, Nannie Mellenkamp, Mattie Dean, Farrell McAdams, Eunice Hunt, and Harry Stradley; said individuals and each of them, to be reinstated in accordance with their respective seniority rights;

(f) Post and keep visible in conspicuous places about its Seymour plant in the city of Seymour, State of Indiana, for a period of thirty (30) days after receipt of a copy of the order to be entered herein by the National Labor Relations Board;

(g) Inform the Regional Director of the National Labor Relations Board for the Eleventh Region, within ten (10) days of the service of said order, of the manner in which respondent has complied therewith.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. SUMMERS PRINTING COMPANY, Waverly Press, Inc., C. Willial Schneidereith, an Individual, Doing Business as Schneidereith & Sons, Thomsen-Ellis Company, Maryland Color Printing Company, Watkins Printing Company, Fleet-McGinley Company, Mary V. Thalheimer, an Individual, Doing Business as Meyer & Thalheimer, Lucas Brothers; Baltimore Type & Composition Corporation, Franklin Printing Company and Harry S. Scott, Inc., Respondents.**

No. 4435.

Circuit Court of Appeals, Fourth Circuit.

Jan. 19, 1939.

---

[1] This employee's name was erroneously spelled "Mellencamp" in the stipulation.

Charles Fahy, Gen. Counsel, and Robert B. Watts, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Theo. R. McKeldin, of Baltimore, Md., for respondents.

PER CURIAM.

Order of National Labor Relations Board enforced. Consent decree filed.

■

## In the Matter of The Libel and Petition of O'BRIEN BROTHERS, Inc., as Owner of the Derrick Lighter Trenton for Exoneration From or Limitation of Liability; The City of New York, Claimant-Appellant.

### No. 215.

Circuit Court of Appeals, Second Circuit.

Feb. 6, 1939.

William C. Chanler, Corp. Counsel, of New York City (Willard M. L. Robinson, of Brooklyn, N. Y., and John T. Condon, of New York City, of counsel), for appellant.

Foley & Martin, of New York City (James A. Martin and Christopher E. Heckman, both of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree, 22 F.Supp. 833, affirmed.

■

## Arthur E. OTTO, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

### No. 4405.

Circuit Court of Appeals, Fourth Circuit.

Jan. 12, 1939.

Charles D. Hayes, of Washington, D. C., for petitioner.

James W. Morris, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and

J. P. Wenchel, Chief Counsel, and John M. Morawski, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

On the joint motion of the parties the cause is remanded to the United States Board of Tax Appeals, with authority to make such order upon the stipulation of counsel as may be proper in the premises. Order filed.

■

## PACIFIC MUTUAL LIFE INSURANCE COMPANY OF CALIFORNIA v. James Clelland MAHON, Jr.

### No. 7792.

Circuit Court of Appeals, Sixth Circuit.

Feb. 14, 1939.

Bruce & Bullitt, of Louisville, Ky., for appellant.

Crawford, Middleton, Milner & Seelbach, of Louisville, Ky., for appellee.

Before HICKS, SIMONS, and HAMILTON, Circuit Judges.

PER CURIAM.

By agreement between the appellant, Pacific Mutual Life Insurance Company of California, and the appellee, James Clelland Mahon, Jr., the judgment herein is vacated and this case is dismissed from the docket.

■

## QUAKER CITY CONTRACTING COMPANY, Inc., Employer, and Lumbermens Mutual Casualty Company, Inc., Insurance Carrier, Plaintiffs-Appellants, v. Augustus P. NORTON, Deputy Commissioner, Third Compensation District, and Mincey Doll, Defendants-Appellees.

### No. 6951.

Circuit Court of Appeals, Third Circuit.

Jan. 11, 1939.